UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL BABECKI,

                Plaintiff(s),                    **RULE 7.1 STATEMENT**

  -against-                                     07 Civ. 8555 (VM)

METRO-NORTH COMMUTER RAILROAD,

                Defendant(s).
---------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.


Dated: New York, New York        RICHARD K. BERNARD
       November 30, 2007           GENERAL COUNSEL

                                              BY:__S/_____
                                                José R. Rios
                                         Attorneys for Defendant
                                         347 Madison Avenue
                                         New York, New York  10017
                                         212-340-2537 – JRR/5785