```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL BABECKI,

                Plaintiff,        07 Civ. 8555 (VM)

    -against-                CASE MANAGEMENT PLAN

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-----------------------------------------------------------X

       After consultation with counsel for all parties, the following Case Management Plan is adopted. This Plan is also a scheduling order pursuant to Rule 16 and Rule 26(f) of the Federal Rules of Civil Procedure.

1.    The case is to be tried by a jury.

2.    Joinder of additional parties by must be accomplished by___2/29/08_____

3.    Amended pleadings may be filed without leave of Court until ____2/29/08_____

4.    Initial Disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by not later than ___2/29/08_____

5.    All <u>fact</u> discovery is to be completed either:

    a.    Within one hundred twenty (120) days of the date of this Order, specifically by not later than ____6/9/08_____; or

    b.    Within a period exceeding 120 days, with the Court's approval, if the cases presents unique complexities or other exceptional circumstances, specifically by not later than ___8/11/08_____.

6.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of new York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

    a.    Initial requests for production of documents to be served by ___Completed_____

    b.    Interrogatories to be served by all parties by _____Completed_____

  c.  Depositions to be completed by _____4/30/08_____

    i.  Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

    ii.  Depositions of all parties shall proceed during the same time.

    iii.  Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

  d.  Any additional contemplated discovery activities and the anticipated completion date: _____5/5/08_____

  e.  Requests to Admit to be served no later than _____5/5/08_____

7.  All <u>expert</u> discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2)(3) and 35(b) is to be completed by:

  a.  Plaintiff _____6/30/08_____

  b.  Defendant _____7/31/08_____

8.  Contemplated motions:

  a.  Plaintiff: _____None anticipated._____

  b.  Defendant: _____None at this time_____

9.  Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by no later than _____8/7/08_____

10.  Do all parties consent to trial by a Magistrate Judge under 28 U.S.C. Section 636(c)?

    Yes _____    No _____X_____

---

TO BE COMPLETED BY THE COURT:

11. The next Case Management Conference is scheduled for
    6-13-08 at 9:30 a.m.

In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

SO ORDERED: New York, New York
             8 June 2008

_____
VICTOR MARRERO
**United States District Judge**